AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Walsh Bishop Associates, Inc.

V.

Keith O'Brien, Ian Scott, David Serrano and
WBA Partners, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  11-cv-2673 DSD/AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Motion to Dismiss [ECF 7] is granted;
2. The Lanham Act, CFAA and ECFA claims are dismissed; and
3. The remaining claims are dismissed without prejudice to refiling in state court.

February 28, 2012  
Date

RICHARD D. SLETTEN, CLERK

s/Katie Thompson  
(By)                                      Katie Thompson   Deputy Clerk